IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | CASE NO. 4:08CR3009 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| JOHN BROWN, | ) | |
| | ) | |
| Defendant, | ) | |

THIS MATTER comes come before the Court upon Defendant's Unopposed Motion to Continue Supervised Release Hearing (filing 260) for approximately 90 days. Being fully advised in the premises, and noting that the government has no objection, this Court finds that said Motion should be granted.

IT IS THEREFORE ORDERED that Defendant's supervised release hearing is hereby continued to May 22, 2012, at 12:30 p.m. Mr. Brown is ordered to appear at said time.

DATED this 21st day of February, 2012.

BY THE COURT:

*Richard G. Kopf*
The Honorable Richard G. Kopf
Senior United States District Judge